IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. No. 2:02cr20433-D |
| MELISSA HALL, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO CONTINUE
## PROBATION VIOLATION HEARING

Before this court is defendant's motion to continue probation violation hearing, filed September 15, 2005. For good cause shown and with agreement from the government, the motion is **GRANTED**. The hearing will be reset by separate notice of this court.

It is so **ORDERED** this __16__ day of September 2005.

JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 225 in case 2:02-CR-20433 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT