# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 OCT 27 PM 3:24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:02CR20433-04-D

MELISSA HALL
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF PROBATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Melissa Hall, was represented by Pamela B. Hamrin, Esq.

It appearing that the defendant, who was convicted on September 25, 2003, in the above styled cause and was placed on Probation for a period of two (2) years and has violated the terms of Probation.

It is hereby ORDERED and ADJUDGED that the Probation of the defendant be revoked and that the defendant is hereby sentenced to Time Served.

Furthermore, no additional supervised release shall be imposed. However, Restitution Penalty stands as previously imposed.

Signed this the __27__ day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 02/05/1978
U.S. Marshal No.: 18634-076
Defendant's Mailing Address: 5502 Oakbark, No. 1, Memphis, TN 38116

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-27-05

228

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 228 in case 2:02-CR-20433 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT